IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DELLEMOND CUNNINGHAM**                                                                **PLAINTIFF**

**v.**                               **Civil No. 09-5002**

**DETECTIVE DAVID WILLIAM,**
Fayetteville Police Department;
**SPECIAL AGENT PERRY WILSON,**
Federal Bureau of Investigation,
Little Rock, Arkansas; and
**FAYETTEVILLE POLICE DEPARTMENT**                                                     **DEFENDANTS**

### O R D E R

Now on this 26th day of June, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #7, filed May 5, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is **dismissed.**

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**